IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:14-cv-1178-WHA |
| ) | |
| CAPITAL ONE BANK (USA), N.A., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Stipulation of Dismissal of Defendant Experian Information Solutions, Inc. (Doc. #47), filed on December 11, 2015, and for good cause shown, it is hereby

ORDERED that Experian Information Solutions, Inc. is DISMISSED with prejudice, the parties to bear their own costs and attorneys' fees.

All claims now having been settled and all Defendants having been dismissed, the clerk is DIRECTED to close the file in this case.

DONE this 14th day of December, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE